IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER G. COOPER,

    Petitioner,               1:04-cv-06710 ALA HC

    vs.

DERRAL G. ADAMS,

    Respondent.          <u>ORDER</u>

        On December 31, 2007, an order was served on petitioner's last known address. That order was returned to this court as undeliverable on January 2, 2008, with a notation that petitioner had been paroled. On February 13, 2008, this court issued an order to show cause as to why this action should not be dismissed for petitioner's failure to comply with Local Rules 83-182(f), and 11-110 (E.D. Cal. 1997), which require that a party appearing in propria persona inform the court of any address change. That document was also returned as undeliverable.

        Therefore, IT IS HEREBY ORDERED that petitioner's application for habeas corpus is dismissed.

/////

DATED: March 6, 2008

                                        /s/ Arthur Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation

1